UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HON. PATRICK J. DUGGAN
CASE NO. 09-20579-10

UNITED STATES OF AMERICA,

-V-

DARRELL NICHOLS,

_____/

## ORDER EXTENDING REPORTING DATE

The defendant having filed a Motion to Extend Reporting Date and the Government having no objection; therefore

IT IS ORDERED that the defendant report to the institution designated by the Bureau of Prisons on April 26, 2011.

s/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated: February 15, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on February 15, 2011, by electronic and/or ordinary mail.

s/Marilyn Orem
Case Manager